**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**OWENSBORO DIVISION**
**CIVIL ACTION NO.:** 4:19-CV-4-JHM

*ELECTRONICALLY FILED*

**KENNETH MCKNIGHT**                                                    **PLAINTIFF**

**V.**

**ALLIANCE COAL, LLC**                                                   **DEFENDANT**

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the Defendant, Alliance Coal, LLC, by and through counsel, states that it is a non-governmental entity of which 99.999% of the ownership interest is held by Alliance Resource Operating Partners, L.P. Alliance Resource Operating Partners, L.P. is a non-governmental entity of which 98.9899% of the ownership interest is held by Alliance Resource Partners, L.P. Alliance Resource Partners, L.P. is a publicly-traded master limited partnership whose limited partnership interests are traded on the NASDAQ under the ticker symbol ARLP.

Respectfully submitted,

/s/ Elizabeth S. Muyskens
Richard G. Griffith
Elizabeth S. Muyskens
Stoll Keenon Ogden PLLC
300 West Vine Street, Suite 2100
Lexington, KY  40507-1801
Ph: (859) 231-3000
Fax: (859) 253-1093
E-mail:  richard.griffith@skofirm.com
          elizabeth.muyskens@skofirm.com
COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Corporate Disclosure Statement was served by electronic mail and United States mail, postage prepaid, on this 8th day of February, 2019 upon:

Thomas E. Springer III, Esq.
Springer Law Firm, PLLC
18 Court Street
Madisonville, KY 42431
COUNSEL FOR PLAINTIFF

/s/ Elizabeth S. Muyskens
COUNSEL FOR DEFENDANT

011742.162812/7870938.1